**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lilia Daniel-Diaz,<br>Petitioner,<br>v.<br>Todd Blanche, et al.,<br>Respondents. | No. CV-26-04817-PHX-SPL<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) Pursuant to General Order 26-09, the Court directed Respondents to show cause why the Petition should not be granted. In the Response, Respondents state that they "do not oppose the habeas petition to the extent Petitioner challenges h[er] current detention under 8 U.S.C. § 1225(b)(2), nor do they oppose Petitioner's request for an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for a bond hearing.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing her a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of July, 2026.

Honorable Steven P. Logan
United States District Judge